# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DAGOBERTO RIVAS,<br><br>             Petitioner,<br><br>     v.<br><br>SHAWN HATTON, Warden,<br><br>             Respondent. | Case No. SACV 16-0307-JVS (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 9, 2017           _____
                                          JAMES V. SELNA
                                          U.S. DISTRICT JUDGE